| | |
|---|---|
| **From:** | Elizabeth Brenckman [brenckman@fr.com] |
| **Sent:** | Monday, April 22, 2013 7:41 AM |
| **To:** | Shepard, Julie A.; David Hosp; AereoFRInternal |
| **Cc:** | Stone, Richard L.; Klein, Kenneth D.; Lindsay, Christopher S.; Fabrizio, Steven B; Potenza, Michael; Harris, Matthew B.; Glickstein, Ethan A.; Lindsay, Christopher S.; Spelman, Kate T.; 'Keller, Bruce P.'; Salazar Garcia, Jessica C.; Kirschner, Kelly N. |
| **Subject:** | RE: Aereo |

Julie,

Please designate these documents as "Level 1 = access limited to the parties and the court."

Thanks,
Elizabeth

---

**From:** Shepard, Julie A. [mailto:JShepard@jenner.com]
**Sent:** Friday, April 19, 2013 6:30 PM
**To:** David Hosp; AereoFRInternal
**Cc:** Stone, Richard L.; Klein, Kenneth D.; Lindsay, Christopher S.; Fabrizio, Steven B; Potenza, Michael; Harris, Matthew B.; Glickstein, Ethan A.; Lindsay, Christopher S.; Spelman, Kate T.; 'Keller, Bruce P.'; Salazar Garcia, Jessica C.; Kirschner, Kelly N.
**Subject:** Aereo

Dave

Please see the attached letter and attachments.

Regards,
Julie

---

**Julie A. Shepard**
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel (213) 239-2207
Fax (213) 239-2217
JShepard@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

****************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential

1

and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
*******************************************************************************************
*************************