# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00832-PAB-KLM
Associated with Southern District of New York Civil Action No. 12 Civ. 1540 (AJN)
(consolidated)


DISH NETWORK L.L.C.,

      *Non-Party Movant,*

v.

WNET,
THIRTEEN,
FOX TELEVISION STATIONS, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
WPIX, INC.,
UNIVISION TELEVISION GROUP, INC.,
THE UNIVISION NETWORK LIMITED PARTNERSHIP, and
PUBLIC BROADCASTING SERVICE,

      *Respondents.*

---

## SUPPLEMENTAL DECLARATION OF ELYSE D. ECHTMAN

---

I, Elyse D. Echtman, declare:

    1.    I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for DISH Network L.L.C. ("DISH"). Except where otherwise noted, I have personal knowledge of the facts stated in this declaration.

    2.    I submit this declaration in support of Non-Party DISH Network L.L.C.'s Motion to Quash Subpoenas.

    3.    Respondents' counsel, Richard L. Stone of Jenner & Block LLP, is lead counsel to Twentieth Century Fox Film Corporation, a Respondent here, and affiliated entities in the

litigation against DISH pending in the Central District of California related to the PrimeTime

Anytime ("PTAT") and AutoHop features on DISH's Hopper Whole-Home DVR ("Hopper"), as

well as the DISH Anywhere and Hopper Transfers features on DISH's second-generation

Hopper, the Hopper with Sling, and DISH's Sling Adapter product.

    4.     Attached hereto as Exhibit 1 is a copy of an excerpt from the Form 10-K of DISH

Network Corporation, for the fiscal year ended March December 31, 2012.

    5.     Attached hereto as Exhibit 2 is a copy of the "FAQ" section of the DISHWorld

webpage, https://help.dishworld.com/home, last visited on May 7, 2013.

    6.     Attached hereto as Exhibit 3 is a copy of the "Mission" section of the DISHWorld

webpage, http://www.dishworld.com/mission, last visited on May 7, 2013.

    7.     Attached hereto as Exhibit 4 is a copy of the DISHWorld webpage,

http://www.dishworld.com/index.html, last visited on May 7, 2013.

    8.     Attached hereto as Exhibit 5 is a copy of the "Over the Top Services (OTT)"

section of the Pace webpage, http://www.pace.com/global/our-thinking/over-the-top-services-

ott/#, last visited on May 7, 2013.

    I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 9th of May , 2013, at New York, New York

_Elyse D. Echtman_
Elyse D. Echtman

## CERTIFICATE OF SERVICE

I hereby certify that on this May 9, 2013, that a true and correct copy of the foregoing SUPPLEMENTAL DECLARATION OF ELYSE D. ECHTMAN was filed with the court and served via ECF on:

Sean Robert Gallagher
Polsinelli PC-Denver
1515 Wynkoop #600
Denver, CO 80202-1130
Telephone: 720-931-1163
Fax: 720-221-0837
Email: sgallagher@polsinelli.com

*Attorneys for Respondents*

Jason M. Bernstein
Managing Clerk
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Telephone: 212-506-5388
jbernstein@orrick.com

# EXHIBIT 1



# DISH NETWORK CORP

## FORM 10-K
(Annual Report)

## Filed 02/20/13 for the Period Ending 12/31/12

| | |
|---|---|
| Address | 9601 S. MERIDIAN BLVD. |
| | ENGLEWOOD, CO 80112 |
| Telephone | 3037231000 |
| CIK | 0001001082 |
| Symbol | DISH |
| SIC Code | 4841 - Cable and Other Pay Television Services |
| Industry | Broadcasting & Cable TV |
| Sector | Services |
| Fiscal Year | 12/31 |



http://www.edgar-online.com
© Copyright 2013, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

Table of Contents

**DISH NETWORK CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - Continued**

*Real Estate Lease Agreements.*  We have entered into lease agreements pursuant to which we lease certain real estate from EchoStar.  The rent on a per square foot basis for each of the leases is comparable to per square foot rental rates of similar commercial property in the same geographic area, and EchoStar is responsible for its portion of the taxes, insurance, utilities and maintenance of the premises.  The term of each of the leases is set forth below:

- *Inverness Lease Agreement.*  The lease for certain space at 90 Inverness Circle East in Englewood, Colorado is for a period ending on December 31, 2016.  This agreement can be terminated by either party upon six months prior notice.

- *Meridian Lease Agreement.*  The lease for all of 9601 S. Meridian Blvd. in Englewood, Colorado is for a period ending on December 31, 2016.

- *Santa Fe Lease Agreement.*  The lease for all of 5701 S. Santa Fe Dr. in Littleton, Colorado is for a period ending on December 31, 2016 with a renewal option for one additional year.

- *EchoStar Data Networks Sublease Agreement* .  The sublease for certain space at 211 Perimeter Center in Atlanta, Georgia is for a period ending on October 31, 2016.

- *Gilbert Lease Agreement.*  The lease for certain space at 801 N. DISH Dr. in Gilbert, Arizona is a month-to-month lease and can be terminated by either party upon 30 days prior notice.

- *Cheyenne Lease Agreement.*  The lease for certain space at 530 EchoStar Drive in Cheyenne, Wyoming is for a period ending on December 31, 2031.

*DISHOnline.com Services Agreement.*  Effective January 1, 2010, we entered into a two-year agreement with EchoStar pursuant to which we will receive certain services associated with an online video portal.  The fees for the services provided under this services agreement depend, among other things, upon the cost to develop and operate such services.  We have the option to renew this agreement for three successive one year terms and the agreement may be terminated for any reason upon at least 120 days notice to EchoStar.  In November 2012, we exercised our right to renew this agreement for a one-year period ending on December 31, 2013.

*DISH Remote Access Services Agreement.*  Effective February 23, 2010, we entered into an agreement with EchoStar pursuant to which we will receive, among other things, certain remote DVR management services.  The fees for the services provided under this services agreement depend, among other things, upon the cost to develop and operate such services.  This agreement has a term of five years with automatic renewal for successive one year terms and may be terminated for any reason upon at least 120 days notice to EchoStar.

*SlingService Services Agreement.*  Effective February 23, 2010, we entered into an agreement with EchoStar pursuant to which we will receive certain place-shifting services.  The fees for the services provided under this services agreement depend, among other things, upon the cost to develop and operate such services.  This agreement has a term of five years with automatic renewal for successive one year terms and may be terminated for any reason upon at least 120 days notice to EchoStar.

*Blockbuster.*  On April 26, 2011, we completed the Blockbuster Acquisition.  During the second quarter 2011, EchoStar acquired Hughes.  Blockbuster purchased certain broadband products and services from Hughes pursuant to an agreement that was entered into prior to the Blockbuster Acquisition and EchoStar's acquisition of Hughes.  Subsequent to these transactions, Blockbuster entered into a new agreement with Hughes which extends for a period through October 31, 2014, pursuant to which Blockbuster may continue to purchase certain broadband products and services from Hughes.  Blockbuster has the option to renew the agreement for an additional one-year period.

*DISH Digital Holding L.L.C.*  Effective July 1, 2012, we and EchoStar formed DISH Digital Holding L.L.C. ("DISH Digital"), which is owned two-thirds by DISH and one-third by EchoStar and is consolidated into our financial statements beginning July 1, 2012.  DISH Digital was formed to develop and commercialize certain advanced technologies.  We, EchoStar and DISH Digital entered into the following agreements with respect to DISH Digital:

Table of Contents

**DISH NETWORK CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - Continued**

(i) a contribution agreement pursuant to which we and EchoStar contributed certain assets in exchange for our respective ownership interests in DISH Digital; (ii) a limited liability company operating agreement, which provides for the governance of DISH Digital; and (iii) a commercial agreement pursuant to which, among other things, DISH Digital has: (a) certain rights and corresponding obligations with respect to DISH Digital's business; and (b) the right, but not the obligation, to receive certain services from us and EchoStar, respectively.  Since a substantial majority of the voting power of the shares of both us and EchoStar is owned beneficially by Charles W. Ergen, our Chairman and EchoStar's Chairman, or by certain trusts established by Mr. Ergen for the benefit of his family, this is a formation of an entity under common control and a step up in basis is not allowed; therefore each party's contributions were recorded at historical book value for accounting purposes.  We consolidated DISH Digital with EchoStar's ownership position recorded as non-controlling interest.

**Other Agreements — EchoStar**

*Tax Sharing Agreement.*  In connection with the Spin-off, we entered into a tax sharing agreement with EchoStar which governs our respective rights, responsibilities and obligations after the Spin-off with respect to taxes for the periods ending on or before the Spin-off.  Generally, all pre-Spin-off taxes, including any taxes that are incurred as a result of restructuring activities undertaken to implement the Spin-off, are borne by us, and we will indemnify EchoStar for such taxes.  However, we are not liable for and will not indemnify EchoStar for any taxes that are incurred as a result of the Spin-off or certain related transactions failing to qualify as tax-free distributions pursuant to any provision of Section 355 or Section 361 of the Internal Revenue Code of 1986, as amended (the "Code") because of: (i) a direct or indirect acquisition of any of EchoStar's stock, stock options or assets; (ii) any action that EchoStar takes or fails to take; or (iii) any action that EchoStar takes that is inconsistent with the information and representations furnished to the IRS in connection with the request for the private letter ruling, or to counsel in connection with any opinion being delivered by counsel with respect to the Spin-off or certain related transactions.  In such case, EchoStar is solely liable for, and will indemnify us for, any resulting taxes, as well as any losses, claims and expenses.  The tax sharing agreement will only terminate after the later of the full period of all applicable statutes of limitations, including extensions, or once all rights and obligations are fully effectuated or performed.

*RUS Implementation Agreement .*  In September 2010, DISH Broadband L.L.C. ("DISH Broadband"), our wholly-owned subsidiary, was selected by the Rural Utilities Service ("RUS") of the United States Department of Agriculture to receive up to approximately $14 million in broadband stimulus grant funds (the "Grant Funds").  Effective November 2011, DISH Broadband and Hughes entered into a RUS Implementation Agreement (the "RUS Agreement") pursuant to which Hughes provides certain portions of the equipment and broadband service used to implement our RUS program.  The initial term of the RUS Agreement shall continue until the earlier of: (i) September 24, 2013; or (ii) the date that the Grant Funds have been exhausted.  In addition, DISH Broadband may terminate the RUS Agreement for convenience upon 45 days' prior written notice to Hughes.  During the year ended December 31, 2012, we expensed $7 million under this agreement which is included in "Cost of sales — equipment, merchandise, services, rental and other" on our Consolidated Statement of Operations and Comprehensive Income (Loss).  During the year ended December 31, 2011, we did not record any expense under this agreement.

*TiVo.*  On April 29, 2011, we and EchoStar entered into a settlement agreement with TiVo Inc. ("TiVo").  The settlement resolved all pending litigation between us and EchoStar, on the one hand, and TiVo, on the other hand, including litigation relating to alleged patent infringement involving certain DISH digital video recorders, or DVRs.

Under the settlement agreement, all pending litigation was dismissed with prejudice and all injunctions that permanently restrain, enjoin or compel any action by us or EchoStar were dissolved.  We and EchoStar are jointly responsible for making payments to TiVo in the aggregate amount of $500 million, including an initial payment of $300 million and the remaining $200 million in six equal annual installments between 2012 and 2017.  Pursuant to the terms and conditions of the agreements entered into in connection with the Spin-off of EchoStar from us, we made the initial payment to TiVo in May 2011, except for the contribution from EchoStar totaling approximately $10 million, representing an allocation of liability relating to EchoStar's sales of DVR-enabled receivers to an international customer.  Future payments will be allocated between us and EchoStar based on historical sales of certain licensed products, with us being responsible for 95% of each annual payment.

# EXHIBIT 2


NO SATELLITE DISH NEEDED

| **FAQ** | Email Us | | For customer support, call 1-877-811-4788 |

## What is DISHWorld IPTV?

IPTV stands for Internet Protocol TV. DISHWorld IPTV uses a broadband Internet connection to deliver top International programming to your TV set with a compatible Roku player or directly to your computer. There is no need for a satellite dish.

## How do I start watching DISHWorld IPTV?

It's very simple! You can download a free DishWorld app to use with your PC, Mac, Roku or Android device. You will need broadband connection to use a compatible Roku player with a TV set. Follow these 3 easy steps after signing up for DISHWorld and you'll be watching your favorite channels within minutes. STEP 1: Connect your Roku player to your TV STEP 2: Configure your wireless network on a Roku Player STEP 3: Click on the DISHWorld IPTV logo that appears on your TV screen.

## How do I sign up?

Signing up for DISHWorld is quick and simple. All you need to do is select the language package of your choice and choose 'Order Now'. If you do not have an existing DISHWorld account, you will be prompted to create one. Proceed to 'Checkout' and complete the payment.

## FAQ

Overview | Recent

**ABOUT** (3) »

What is DISHWorld IPTV?

What is the difference between international satellite programming and DISHWorld programming?

What in-language programming does DISHWorld offer?

**HOW TO WATCH?** (15) »

How do I subscribe to DISHWorld?

Is DISHWorld for my TV or computer?

Can I watch DISHWorld on multiple devices?

**FAMILY PLAN** (3) »

What is Family Plan?

How do I sign up?

Does Family Plan cost extra?

**ACCOUNT AND BILLING** (7) »

Do I need a social security number to purchase DISHWorld?

Do I need a credit or debit card to purchase DISHWorld?

Is there any commitment or contract involved?

**GENERAL** (11) »

Can I use DISHWorld if I live in an apartment complex, high-rise building or condominium?

Can I purchase DISHWorld if I am not eligible for satellite service?

Can I use DISHWorld if I have cable or satellite TV service?

**ANDROID DEVICES** (1) »

How do I watch DishWorld on my Android Device?

© 2013 DishWorld. All rights reserved.

# EXHIBIT 3



Languages | Devices | Get a Free **Roku** | Help | Sign In

# About Us

Mission | Contact Us | Terms & Conditions | Privacy | Attributions

Our Mission
# We speak the language of great TV
## Enjoy the #1 International TV Provider in the U.S.

There's nothing better than when someone speaks your language. They understand who you are, what you like, and what you want. That's what we aim to do at DishWorld. We're the leader in International TV because we get how important your news, sports, and entertainment are to you. We know that to you, content is king. So we provide you with the top channels and remain committed to building our lineup bigger and bigger. We get that you want to watch instantly. We understand you want to get your shows quick and easy with no hassle, no confusion, and no obstacles like credit cards, social security numbers, or satellite dishes. We also make it a point to speak your language – literally. That means we provide 24/7 customer service in your language, all to make it easier to make you happy. There's one thing we can all understand, no matter what the language: There's nothing better than watching great TV instantly. And it's our pleasure to deliver you a whole world of entertainment.

DishWorld Languages

**Arabic**
العربية

**Telugu**
తెలుగు

**Hindi**
हिन्दी

**Urdu**
اردو

**Tamil**
தமிழ்



**Brazilian**
Brasileiro

**Filipino**
Pilipino

**Cantonese**
粵語

**Bangla**
বাংলা

**Vietnamese**
tiếng Việt

**Mandarin**
普通話

**Taiwanese**
國語

**About DishWorld** | **Contact Us** | **Get the App** | **Help** |

DishWorld is only available in the US

Terms & Conditions | Privacy Policy | Credits |

© 2013 DishWorld. All rights reserved.

Facebook    Twitter    Google+    Google play

# EXHIBIT 4



**Languages** | **Devices** | Get a Free **Roku** | **Help** | Sign In

Watch live International TV Instantly                    To order, please call toll free 1-855-350-3703



Featuring

# ARAB IDOL  mbc

Get the best Arabic TV and Start Watching Instantly!
All International TV Packages are just $14.95/month

Watch *Arab Idol* Instantly



Now Only
**$14**.95/mo
for 3 months
All Languages

↓ **Choose a language.** See the fantastic programs from the #1 Live International TV Provider in the US.

**Arabic**
→ العربية
28 channels

**Telugu**
→ తెలుగు
9 channels

**Hindi**
→ हिन्दी
21 channels

**Urdu**
→ اُردُو
10 channels

**Tamil**
→ தமிழ்
11 channels

**Brazilian**
→ Brasileiro
5 channels

## Filipino
➡ **Pilipino**

2 channels

## Cantonese
➡ 粵語

7 channels

## Bangla
➡ বাংলা

10 channels

## Vietnamese
➡ tiếng Việt

1 channel

## Mandarin
➡ 普通話

22 channels

## Taiwanese
➡ 國語

19 channels

# DishWorld is the best way to watch International TV

### A new kind of TV service

See the greatest programs on your computer, Roku or Android tablet and phone.

See our supported devices

### Watch Instantly

Stream your favorite shows over the Internet without any buffering or stuttering. Broadband connection required.

### Outstanding Value

TV Packages start at just $14.95 with no hidden costs, no commitments and no contracts.

### No Satellite Dish. No Cable Box.

Forget the extra hardware. Just connect to the Internet. No installation. No wait.

### Anytime, Anywhere in the US

Watch on-the-go on your PC, Mac, and Android phone or tablet. Get the Free App

### Never Miss a Show Again

8-Day Replay is available for every channel so you can keep up with all the programs you love.

# Get a Free Roku!

## When you sign up for DishWorld

Roku is the "original streaming player." Hook up this sleek and simple little box to your Internet and TV and instantly watch DishWorld and more than 700 channels of movies and shows. It's amazingly easy to use. No extra monthly bills. No PC needed.

Get a Free Roku now



**About DishWorld** | **Contact Us** | **Get the App** | **Help** |

Terms & Conditions | Privacy Policy | Credits |

© 2013 DishWorld. All rights reserved.

DishWorld is only available in the US

Facebook    Twitter    Google+    

# EXHIBIT 5

Over the Top Services (OTT) : Our Thinking : Pace





EMEA & APAC

Product Support    News & Events    Investors    Careers    Contact Pace

Your Business    Our Portfolio    Our Thinking    Our Company

Home  >  Our Thinking  >  Over the Top Services (OTT)



## Our Thinking

Convergence

Hybrid

**Over the Top Services (OTT)**

3DTV

High Definition

Personal Video Recorder (PVR)

Request more Information

# Over the Top Services (OTT)

## Traditional and online TV in a single box



Over the Top (OTT) refers to video, television and other services provided over the internet rather than via a service provider's own dedicated, managed IPTV network.

OTT is delivered directly from provider to viewer using an open internet/broadband connection, independently of the viewer's ISP, without the need for carriage negotiations and without any infrastructure investment on the part of the provider. It is a 'best effort', unmanaged method of content delivery via the Internet that suits providers who are primarily broadcasters rather than ISPs.

OTT opens up a completely new way for operators to generate revenue from video on demand (VOD), catch-up TV and interactive applications. The clearest opportunity is for traditional TV distributors. With established brands, strong relationships and consumers' trust, they are perfectly placed to deliver a seamless service that integrates online and traditional TV through a single device managed by a single operator.

Because of its openness and its perceived ability to bypass the networks owned and operated by payTV providers, OTT is sometimes described as a potential 'killer' for the payTV industry. We believe that this is a naive viewpoint. The rights to quality video content are expensive, and such content simply will not be created unless revenue can be generated from it. At present, the content industry is supported by subscription TV – and its delivery medium is the set-top box or residential gateway.

Pace clients such as DirectTV, Canal+ and Viasat all offer OTT content that can be accessed via one of our set-top boxes. The appeal of OTT is that it augments the traditional viewing experience by allowing the user to access internet-based content without having to leave their TV.

In September 2010, we demonstrated the Pace App Café, a unique service allowing payTV operators to harness the potential of online applications within an integrated managed TV service. The App Café offers hundreds of applications in a 'storefront' format for subscribers to download directly to their set-top box, giving them access to social networking applications, web-based video portals, internet radio, online photo services and much more.

OTT will continue to play an important role in allowing consumers to access their paid-for services in the way they want, adding value to payTV subscriptions. Ultimately, we believe consumers will enjoy content 'any time, any place' through a range of devices including mobile phones, iPads, games consoles or connected TVs, all connected to a central content gateway.

### Related Links

- View the Technology Briefing presentation on OTT by Dr. Paul Entwistle (Head of Investor Relations and Chief Technologist, Pace plc)

   Technology Briefing - OTT: Over-the-top (PDF, 1.14MB, 20 slides)

### Elements Software Platform



Elements supports the design, delivery and management of digital content and services.

### Set-Top Boxes



Our complete range from digital adapters to the latest high definition PVRs and 3D products.

### Rights Management



Titanium CAS and DRM from Latens, Any Network, Any Device, Simply Secure.



Over the Top Services (OTT) | Our Thinking | Pace

Like 1   Tweet

Back to Top

© Pace plc 1996-2013        Site Map   Terms Of Use   Privacy Policy   Cookies