**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 13-cv-00832-PAB-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: May 31, 2013** | Courtroom Deputy, Ellen E. Miller |

_____

DISH NETWORK, L.L.C.                          Elyse D. Echtman

    **Non-party Movant,**

v.

WNET et al                                    Sean R. Gallagher
                                              Julie A. Shepard

    **Respondent(s).**
_____
### COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of counsel.

The Court raises Non-Party DISH Network, L.L.C's Motion to Quash Subpoenas for argument.

Argument on behalf of Non-party Movant by Ms. Echtman.
Argument on behalf of Respondents by Mr. Gallagher and Ms. Shepard.

**It is ORDERED:**   Respondents shall have up to and including **JUNE 11, 2013** within which to file briefing as to market harm and irreparable harm. Movant shall then have up to and including **JUNE 18, 2013** within which to file any response.

**It is ORDERED:**   Non-party Movant DISH Network L.L.C's MOTION TO QUASH SUBPOENAS [Docket No. **2** filed April 01, 2013] is **TAKEN UNDER ADVISEMENT.** The Court will issue its written order.

HEARING CONCLUDED.   **Court in recess:** 10:47 a.m.   Time In Court: 00:47
To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.