IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Phillip Brimmer

Civil Action No. 1:13-cv-00832-PAB
Associated with Southern District of New York Civil Action No. 12 Civ. 1540 (AJN)
(consolidated)

DISH NETWORK L.L.C.,

    *Non-Party Movant,*

v.

WNET, THIRTEEN, FOX TELEVISION STATIONS, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
WPIX, INC., UNIVISION TELEVISION GROUP, INC.,
THE UNIVISION NETWORK LIMITED PARTNERSHIP, and
PUBLIC BROADCASTING SERVICE,

    *Respondents.*

---

### SUPPLEMENTAL DECLARATION OF JULIE SHEPARD

---

I, Julie Shepard, declare as follows:

    1.    I am an attorney licensed to practice law in the State of California, and I am a partner at Jenner & Block LLP, counsel of record for WNET, THIRTEEN, Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service, the plaintiffs in *WNET, et al. v. Aereo, Inc.*, No. 12-1450 (S.D.N.Y.) (Consolidated) (collectively, the "WNET Plaintiffs"). I have personal knowledge of the facts set forth in this supplemental declaration and, if called as a witness, I could and would testify competently to such facts under oath.

1

2. Attached hereto as <u>Exhibit A</u> is a true and correct excerpt of the transcript of a hearing that took place before Magistrate Judge Henry Pitman in the underlying matter on March 21, 2013.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an order issued by the court in the underlying matter on March 29, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of June, 2013, at Los Angeles, California.

_____
Julie Shepard