# Exhibit A

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                              :
                                        Docket #12cv1540
 AMERICAN BROADCASTING COMPANY,     : 1:12-cv-01540-AJN-HBP
 et al.,
                                    :
                 Plaintiffs,
                                    :
   - against -
                                    :
 AEREO INC.,                          New York, New York
                                    : March 21, 2013
                 Defendant.
------------------------------------:

                       PROCEEDINGS BEFORE
                 THE HONORABLE HENRY PITMAN,
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff WNET:      JENNER & BLOCK
                         BY: STEVEN FABRIZIO, ESQ.
                             JULIE SHEPARD, ESQ.
                         1099 New York Avenue, N.W., Suite 900
                         Washington, D.C.  20001-4412
                         (202) 639-6000

For Plaintiff ABC:       DEBEVOISE & PLIMPTON
                         BY: BRUCE KELLER, ESQ.
                         919 Third Avenue
                         New York, New York 10022




Transcription Service:   Carole Ludwig, Transcription Services
                         141 East Third Street #3E
                         New York, New York 10009
                         Phone: (212) 420-0771
                         Fax:   (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
                                                              10
are documents that show that support their claim.  What
Aereo --
            THE COURT:  Well, let's talk about that.  I mean
in her opinion Judge Nathan described four or five
categories of harm where she had found that plaintiffs had
demonstrated that they will suffer irreparable harm.  And I
agree with you, you are entitled to discovery to probe
their allegations of irreparable harm and to look for
documents and other discovery that may disprove their
allegations of irreparable harm.  But why should that not -
why should that discovery not be limited to the irreparable
harm that plaintiffs are claiming?
            I mean the plaintiffs are not claiming that
they've lost revenue for - that Dancing with the Stars is
less profitable than it was before Aereo entered the scene.
They're not claiming that 60 Minutes is less profitable due
to Aereo's activities.  I mean I'm not sure how the per-
programming discovery - and that's not something that Judge
Nathan found in her opinion either, that a particular
program is worth less as a result of Aereo's activities.
            Why is this per-programming cost and revenue data
relevant here?
            MR. PUZELLA:  Yes, Your Honor.  Judge Nathan
didn't address it because the only question at the stage of
```