IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00832-PAB-KLM

DISH NETWORK, L.L.C.,

    Petitioner,

v.

WNET,
THIRTEEN,
TWENTIETH CENTURY FOX FILM CORPORATION,
WPIX, INC,
UNIVISION TELEVISION GROUP, INC.,
THE UNIVISION NETWORK LIMITED PARTNERSHIP, and
PUBLIC BROADCASTING SERVICE,

    Respondents.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Petitioner Dish Network L.L.C.'s **Unopposed Motion to Redact Confidential Information from the Transcript of the Motion Hearing Held on May 31, 2013** [Docket No. 32; Filed June 25, 2013] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2C., the Motion was publicly posted to allow for any objections to the redaction of the document. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 1**:[1] Transcript of Motions Hearing Held on May 31, 2013 [#30].

    IT IS FURTHER **ORDERED** that a version of the Transcript of Motions Hearing Held on May 31, 2013 shall be filed on the electronic docket by Avery Woods Reporting with the

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. See D.C.COLO.LCivR 7.2.

following redactions:

(1) From the word "I" on page 17, line 18 through the first occurrence of the word "Aerio" on page 17, line 21;

(2) From the word "I" on page 34, line 14 through the word "Aerio" on page 34, line 18;

(3) From the word "You" on page 34, line 19 through the word "public –" on page 34, line 20;

(4) From the first occurrence of the word "No" on page 34, line 21 through the word "declaration –" on page 34, line 22;

(5) From the word "–Your" on page 34, line 24 through the word "so–" on page 34, line 25;

(6) From the word "The" on page 35, line 11 through the word speculative" on page 36, line 3;

(7) From the word "But" on page 36, line 11 through the word "there" on page 37, line 3;

(8) From the word "There" on page 37, line 11 through the word "TV" on page 37, line 17; and

(9) From the word "As" on page 41, line 22 through the word "World" on page 42, line 8.

       Dated:  July 12, 2013